

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00154-CR |
| EX PARTE | § | Appeal from the |
| JOSEPH RODRIGUEZ, | § | 210th Judicial District Court |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 20220D00564) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Soto, J., concurring